345 P.2d 527]

[Civ. No. 18762. First Dist., Div. One. Oct. 30, 1959.]

PRENTICE-HALL, INC. (a Corporation), Petitioner, v. SUPERIOR COURT OF MARIN COUNTY, Respondent; THE PEOPLE, Real Party in Interest.

Herbert W. Clark, Girvan Peck and Morrison, Foerster, Holloway, Shuman & Clark for Petitioner.

Stanley Mosk, Attorney General, Clarence A. Linn, Assistant Attorney General, John S. McInerny, Deputy Attorney General, and William O. Weissich, District Attorney (Marin), for Respondent and Real Party in Interest.

TOBRINER, J.—The petition of Prentice-Hall for writ of prohibition to restrain the superior court from proceeding further upon the indictment returned against it raises the same factual matters and issues as have been previously discussed in the decisions in *Davis* v. *Superior Court, No. 18759, ante,* p. 8 [345 P.2d 513], and *Longstreth* v. *Superior Court, No. 18760, ante,* p. 27 [345 P.2d 525] decided this day.

For the reasons stated in those opinions, we have concluded that the indictment fails.

Let a peremptory writ of prohibition issue.

Bray, P. J., and Wood (Fred B.), J., concurred.

A petition for a rehearing was denied November 25, 1959, and the petition of the Real Party in Interest for a hearing by the Supreme Court was denied December 23, 1959.